**No. 10-6135. Leslie Charles Cohen, Petitioner v. Dudley Terrell, Warden, et al.**

562 U.S. 1106, 131 S. Ct. 848, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9647.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6170. Tyrone Leslie Farris, Petitioner v. Oklahoma.**

562 U.S. 1106, 131 S. Ct. 848, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9739.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6314. LaVern Berryhill, Petitioner v. Frank Howell Seay, Judge, United States District Court for the Eastern District of Oklahoma, et al.**

562 U.S. 1106, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9663.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6545. LaVern Berryhill, Petitioner v. Ronald A. White, Judge, United States District Court for the Eastern District of Oklahoma.**

562 U.S. 1106, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9631.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6551. LaVern Berryhill, Petitioner v. James Hardy Payne, Judge, United States District Court for the Northern District of Oklahoma, et al.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9775.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-7134. Cynthia Jiles, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9683.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 391 Fed. Appx. 574.

**No. 10-7223. Donald Young, et ux., Petitioners v. Chris Di Ferrante.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9635.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7236. Gary Steven Calhoun, Petitioner v. California.**

562 U.S. 1107, 131 S. Ct. 850, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9658.

December 13, 2010. Motion of petitioner for leave to proceed in forma paup-

eris denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7397. Vester Kay Scurlock-Ferguson, Petitioner v. City of Durham, North Carolina.**

562 U.S. 1107, 131 S. Ct. 850, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9678, 

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 381 Fed. Appx. 302.

**No. 09-11234. Angel Mazariegos, Petitioner v. United States.**

562 U.S. 1108, 131 S. Ct. 818, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9805.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 67.

**No. 09-11376. Donald Ray Guidry, Petitioner v. United States.**

562 U.S. 1108, 131 S. Ct. 818, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9824.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 611.

**No. 09-11480. Roger J. Day, Petitioner v. Minnesota, et al.**

562 U.S. 1108, 131 S. Ct. 818, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9774.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 354 Fed. Appx. 272.

**No. 10-122. North Star Alaska Housing Corporation, Petitioner v. United States.**

562 U.S. 1108, 131 S. Ct. 819, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9724.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 356 Fed. Appx. 415.

**No. 10-149. Leopoldo Bajala, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1108, 131 S. Ct. 820, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9791.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 355 Fed. Appx. 986.

**No. 10-233. William Porch, Police Officer, Petitioner v. Michael Garrison.**

562 U.S. 1108, 131 S. Ct. 820, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9720.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.